UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 05 2023

TAMMY H. DOWNS, CLERK
By: _____ CLERK
DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:23CR 00032 LPR |
| | ) | |
| v. | ) | |
| | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| | ) | 21 U.S.C. § 841(b)(1)(C) |
| | ) | 21 U.S.C. § 841(b)(1)(D) |
| TERRY DUANE QUALLS | ) | 18 U.S.C. § 922(g)(1) |
| ASHLEIGH BYSHEA CARTER | ) | 18 U.S.C. § 924(c)(1)(A) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

From in or around August 2021 until in or around December 2021, in the Eastern District of Arkansas and elsewhere, the defendants,

TERRY DUANE QUALLS
and
ASHLEIGH BYSHEA CARTER,

voluntarily and intentionally conspired with each other, and with others, known and unknown to the grand jury, to knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

On or about May 15, 2021, in the Eastern District of Arkansas, the defendant,

1

TERRY DUANE QUALLS,

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 3

On or about August 12, 2021, in the Eastern District of Arkansas, the defendant,

TERRY DUANE QUALLS,

knowingly and intentionally distributed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

On or about November 23, 2021, in the Eastern District of Arkansas, the defendants,

TERRY DUANE QUALLS
and
ASHLEIGH BYSHEA CARTER,

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 5

On or about November 23, 2021, in the Eastern District of Arkansas, the defendants,

TERRY DUANE QUALLS
and
ASHLEIGH BYSHEA CARTER,

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 6

A.    On or about November 23, 2021, the defendant,

### TERRY DUANE QUALLS,

had previously and knowingly been convicted of one or more of the following crimes punishable
by a term of imprisonment exceeding one year:

1.    Possession of a Controlled Substance (MDMA) and Possession of a
Controlled Substance with Intent to Deliver (marijuana) in Craighead
County, Arkansas, Circuit Court, in case number 2005-351;

2.    Failure to Appear and Possession of a Controlled Substance with Intent to
Deliver (marijuana) in Craighead County, Arkansas, Circuit Court, in case
number 2011-534.

B.    On or about November 23, 2021, the defendant,

### ASHLEIGH BYSHEA CARTER,

had previously and knowingly been convicted of the following crime punishable by a term of
imprisonment exceeding one year: Possession of a Controlled Substance with Intent to Deliver
(alprazolam) in Craighead County, Arkansas, Circuit Court, in case number 2007-83.

C.    On or about November 23, 2021, in the Eastern District of Arkansas, the
defendants,

### TERRY DUANE QUALLS
and
### ASHLEIGH BYSHEA CARTER,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1.  A Winchester Model 190, .22S, L, LR caliber rifle, bearing serial number
557081;

2.  A Ruger American .22LR caliber rifle, bearing serial number 833-31403;

3

3. A Ruger 10/22 .22LR caliber rifle, bearing serial number 827-31923;

4. A Western Auto Revelation Model 310C 20-gauge caliber shotgun, bearing serial number H072918;

5. A Revelation Model 350 20-gauge short barrel shotgun, bearing serial number C308989;

6. An FMK AR-1 Extreme .223 caliber semi-automatic rifle, bearing serial number ARGB0638;

7. A Spartan SPR100 20-gauge shotgun, bearing serial number 04101389R;

8. A Mossberg 835 Ultra 12-gauge shotgun, bearing serial number UM46664;

9. An Intratec Tec-22 .22LR caliber pistol, bearing serial number 055797;

10. A Remington 870 Express Supermag 12-gauge short barrel shotgun, bearing serial number C773607A;

11. American Tactical 12-gauge semi-automatic shotgun, bearing serial number 12BD20-8791;

12. A Tristar KRX 12-gauge semi-automatic shotgun, bearing serial number KRX008275;

13. A Smith and Wesson M&P 15 .223 caliber semi-automatic rifle, bearing serial number TE11787;

14. A Davey Crickett .22LR caliber rifle, bearing serial number 469934;

15. An Anderson Manufacturing AM-15 6.5 Grendal semi-automatic rifle, bearing serial number 15141436;

16. A Stevens Model 320 12-gauge short barrel shotgun, bearing serial number 205410B;

17. A Winchester Ranger Model I20 20-gauge caliber short barrel shotgun, bearing

serial number 1638071;

18. A Hi Point JCP .40 caliber semi-automatic pistol, bearing serial number X7176378;

19. A Jimenez Arms J.A. Nine 9mm caliber semi-automatic pistol, bearing serial number 296838;

20. A Sig Sauer P238 .380 caliber semi-automatic pistol, bearing serial number 27A110600;

21. An RG Indust. RG14 .22 caliber handgun, bearing serial number L762247;

22. A Keltec Model P-11 9mm caliber semi-automatic pistol, bearing serial number ABN03;

23. A Sig Sauer P 226 9mm caliber semi-automatic pistol, bearing serial number U547362;

24. A Smith and Wesson Model 15-4 .38 Special caliber revolver, bearing serial number 97K1410;

25. A Ruger P94 .40 caliber semi-automatic pistol, bearing serial number 340-94195; and

26. A Raven Arms Model MP-25 .25 caliber semi-automatic pistol, bearing serial number 1661954.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 7

On or about November 23, 2021, in the Eastern District of Arkansas, the defendants,

TERRY DUANE QUALLS
and
ASHLEIGH BYSHEA CARTER,

knowingly and intentionally possessed one or more of the following firearms in furtherance of a

drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21,

United States Code, Section 841(a)(1), as set forth in Count 1, 4, and 5 of this Indictment:

1. A Winchester Model 190, .22S, L, LR caliber rifle, bearing serial number
   557081;

2. A Ruger American .22LR caliber rifle, bearing serial number 833-31403;

3. A Ruger 10/22 .22LR caliber rifle, bearing serial number 827-31923;

4. A Western Auto Revelation Model 310C 20-gauge caliber shotgun, bearing
   serial number H072918;

5. A Revelation Model 350 20-gauge short barrel shotgun, bearing serial number
   C308989;

6. An FMK AR-1 Extreme .223 caliber semi-automatic rifle, bearing serial
   number ARGB0638;

7. A Spartan SPR100 20-gauge shotgun, bearing serial number 04101389R;

8. A Mossberg 835 Ultra 12-gauge shotgun, bearing serial number UM46664;

9. An Intratec Tec-22 .22LR caliber pistol, bearing serial number 055797;

10. A Remington 870 Express Supermag 12-gauge short barrel shotgun, bearing
    serial number C773607A;

11. American Tactical 12-gauge semi-automatic shotgun, bearing serial number
    12BD20-8791;

12. A Tristar KRX 12-gauge semi-automatic shotgun, bearing serial number
    KRX008275;

13. A Smith and Wesson M&P 15 .223 caliber semi-automatic rifle, bearing serial
    number TE11787;

14. A Davey Crickett .22LR caliber rifle, bearing serial number 469934;

15. An Anderson Manufacturing AM-15 6.5 Grendal semi-automatic rifle, bearing serial number 15141436;

16. A Stevens Model 320 12-gauge short barrel shotgun, bearing serial number 205410B;

17. A Winchester Ranger Model I20 20-gauge caliber short barrel shotgun, bearing serial number 1638071;

18. A Hi Point JCP .40 caliber semi-automatic pistol, bearing serial number X7176378;

19. A Jimenez Arms J.A. Nine 9mm caliber semi-automatic pistol, bearing serial number 296838;

20. A Sig Sauer P238 .380 caliber semi-automatic pistol, bearing serial number 27A110600;

21. An RG Indust. RG14 .22 caliber handgun, bearing serial number L762247;

22. A Keltec Model P-11 9mm caliber semi-automatic pistol, bearing serial number ABN03;

23. A Sig Sauer P 226 9mm caliber semi-automatic pistol, bearing serial number U547362;

24. A Smith and Wesson Model 15-4 .38 Special caliber revolver, bearing serial number 97K1410;

25. A Ruger P94 .40 caliber semi-automatic pistol, bearing serial number 340-94195; and

26. A Raven Arms Model MP-25 .25 caliber semi-automatic pistol, bearing serial number 1661954.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION 1

Upon conviction of the offense alleged in Count 1, 2, 3, 4, 5, 6, or 7 of this Indictment, the

defendants, TERRY DUANE QUALLS and ASHLEIGH BYSHEA CARTER, shall forfeit to the

United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States

Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition

involved in the commission of the offense, including but not limited to:

1. A Winchester Model 190, .22S, L, LR caliber rifle, bearing serial number 557081;

2. A Ruger American .22LR caliber rifle, bearing serial number 833-31403;

3. A Ruger 10/22 .22LR caliber rifle, bearing serial number 827-31923;

4. A Western Auto Revelation Model 310C 20-gauge caliber shotgun, bearing serial number H072918;

5. A Revelation Model 350 20-gauge short barrel shotgun, bearing serial number C308989;

6. An FMK AR-1 Extreme .223 caliber semi-automatic rifle, bearing serial number ARGB0638;

7. A Spartan SPR100 20-gauge shotgun, bearing serial number 04101389R;

8. A Mossberg 835 Ultra 12-gauge shotgun, bearing serial number UM46664;

9. An Intratec Tec-22 .22LR caliber pistol, bearing serial number 055797;

10. A Remington 870 Express Supermag 12-gauge short barrel shotgun, bearing serial number C773607A;

11. American Tactical 12-gauge semi-automatic shotgun, bearing serial number 12BD20-8791;

12. A Tristar KRX 12-gauge semi-automatic shotgun, bearing serial number KRX008275;

13. A Davey Crickett .22LR caliber rifle, bearing serial number 469934;

14. An Anderson Manufacturing AM-15 6.5 Grendal semi-automatic rifle, bearing serial number 15141436;

15. A Stevens Model 320 12-gauge short barrel shotgun, bearing serial number 205410B;

16. A Winchester Ranger Model I20 20-gauge caliber short barrel shotgun, bearing serial number 1638071;

17. A Hi Point JCP .40 caliber semi-automatic pistol, bearing serial number X7176378;

18. A Jimenez Arms J.A. Nine 9mm caliber semi-automatic pistol, bearing serial number 296838;

19. A Sig Sauer P238 .380 caliber semi-automatic pistol, bearing serial number 27A110600;

20. An RG Indust. RG14 .22 caliber handgun, bearing serial number L762247;

21. A Keltec Model P-11 9mm caliber semi-automatic pistol, bearing serial number ABN03;

22. A Sig Sauer P 226 9mm caliber semi-automatic pistol, bearing serial number U547362;

23. A Smith and Wesson Model 15-4 .38 Special caliber revolver, bearing serial number 97K1410;

24. A Ruger P94 .40 caliber semi-automatic pistol, bearing serial number 340-94195; and

25. A Raven Arms Model MP-25 .25 caliber semi-automatic pistol, bearing serial number 1661954.

## FORFEITURE ALLEGATION 2

Upon conviction of the offense alleged in Count 1, 2, 3, 4, or 5 of this Indictment, the defendants, TERRY DUANE QUALLS and ASHLEIGH BYSHEA CARTER, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of the offense alleged in Count 1, 2, 3, 4, or 5 of this Indictment, the defendants, TERRY DUANE QUALLS and ASHLEIGH BYSHEA CARTER, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense, including but not limited to:

1. A Winchester Model 190, .22S, L, LR caliber rifle, bearing serial number 557081;

2. A Ruger American .22LR caliber rifle, bearing serial number 833-31403;

3. A Ruger 10/22 .22LR caliber rifle, bearing serial number 827-31923;

4. A Western Auto Revelation Model 310C 20-gauge caliber shotgun, bearing serial number H072918;

5. A Revelation Model 350 20-gauge short barrel shotgun, bearing serial number C308989;

6. An FMK AR-1 Extreme .223 caliber semi-automatic rifle, bearing serial number ARGB0638;

7. A Spartan SPR100 20-gauge shotgun, bearing serial number 04101389R;

10

8.  A Mossberg 835 Ultra 12-gauge shotgun, bearing serial number UM46664;

9.  An Intratec Tec-22 .22LR caliber pistol, bearing serial number 055797;

10. A Remington 870 Express Supermag 12-gauge short barrel shotgun, bearing serial number C773607A;

11. American Tactical 12-gauge semi-automatic shotgun, bearing serial number 12BD20-8791;

12. A Tristar KRX 12-gauge semi-automatic shotgun, bearing serial number KRX008275;

13. A Davey Crickett .22LR caliber rifle, bearing serial number 469934;

14. An Anderson Manufacturing AM-15 6.5 Grendal semi-automatic rifle, bearing serial number 15141436;

15. A Stevens Model 320 12-gauge short barrel shotgun, bearing serial number 205410B;

16. A Winchester Ranger Model I20 20-gauge caliber short barrel shotgun, bearing serial number 1638071;

17. A Hi Point JCP .40 caliber semi-automatic pistol, bearing serial number X7176378;

18. A Jimenez Arms J.A. Nine 9mm caliber semi-automatic pistol, bearing serial number 296838;

19. A Sig Sauer P238 .380 caliber semi-automatic pistol, bearing serial number 27A110600;

20. An RG Indust. RG14 .22 caliber handgun, bearing serial number L762247;

21. A Keltec Model P-11 9mm caliber semi-automatic pistol, bearing serial number ABN03;

22. A Sig Sauer P 226 9mm caliber semi-automatic pistol, bearing serial number U547362;

23. A Smith and Wesson Model 15-4 .38 Special caliber revolver, bearing serial number 97K1410;

24. A Ruger P94 .40 caliber semi-automatic pistol, bearing serial number 340-94195; and

25. A Raven Arms Model MP-25 .25 caliber semi-automatic pistol, bearing serial number 1661954.